AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES,

        Plaintiff,

v.

THOMAS M. BIDEGARY

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  **3:17-CR-00073-RCJ-WGC**
                           **3:20-CV-00063-RCJ**

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 42) is denied.

    It is further ordered that no certificate of appealability shall issue.

    It is further ordered that the Clerk shall enter this separate and final judgment under Federal Rule of Civil Procedure 58(a) as directed by *Kingsbury v. United States*, 900 F. 3d 1147 (9th Cir. 2018).

    It is further ordered that Defendant's Motion for Appointment of Counsel (ECF No. 43) is denied as moot.

Date: 7/9/2020

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*